# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| FERNANDEZ FORESTAL, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STERLING INFOSYSTEMS, INC.,<br><br>　　　　Defendant. | Case No.: 1:22-cv-23250 |

## NOTICE OF REMOVAL

Defendant Sterling Infosystems, Inc. ("Sterling") hereby files this Notice of Removal of this action from the Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida, wherein it is now pending, to the United States District Court for the Southern District of Florida, Miami Division. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support hereof, Sterling respectfully shows this Court as follows:

　　1.　　On August 19, 2022, Plaintiff filed a lawsuit in the Circuit Court of the Eleventh Judicial Circuit, Miami-Date County, Florida, titled *Fernandez Forestal, on behalf of himself and all others similarly situated v. Sterling Infosystems, Inc.*, Case No. 2022-015590-CA-01 (the "State Court Action").

　　2.　　Sterling was served with the Summons and Complaint on September 16, 2022. *See* Ex. A.

3. This Notice is being filed with this Court within thirty (30) days after Sterling was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. Attached hereto as Exhibit A are copies of the Summons and Complaint served upon Sterling in the State Court Action, along with copies of all process and pleadings in the State Court Action.

5. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Specifically, Plaintiff asserts claims under 15 U.S.C. §§ 1681b of the federal Fair Credit Reporting Act ("FCRA"). *See* Ex. A, Compl. Plaintiff's Complaint asserts that Defendant's alleged conduct harmed him and putative class members. *Id.* at ¶¶119-123.

6. Venue lies in the U.S. District Court for the Southern District of Florida pursuant to 28 U.S.C.§§ 89(a), 1391, 1441(a) and 1446(a). This action was originally brought in the Eleventh Judicial Circuit Court of Miami-Date County, Florida, and thus should be removed to this Court.

7. This Notice is being served on all adverse parties, and a copy is being filed in the State Court pursuant to 28 U.S.C. § 1446(d). A copy of this notice to the State Court is attached hereto as Exhibit B.

8. By filing this Notice of Removal, Defendant neither concedes nor waives any defense or motion relating to this action.

WHEREFORE, Sterling Infosystems, Inc. submits that this action properly is removable based on original federal question jurisdiction and respectfully requests that the above-described action pending against it be removed to the to the U.S. District Court for the Southern District of Florida.

DATED:  October 6, 2022.                    Respectfully submitted,

SEYFARTH SHAW LLP

/s/ *Kimberly A. Carabotta*
Kimberly A. Carabotta
Florida Bar No. 1027353
SEYFARTH SHAW LLP
1075 Peachtree St., N.E., Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
Email: kcarabotta@seyfarth.com

*Counsel for Defendant*
*Sterling Infosystems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2022, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all participants and attorneys of record. Copies are also being sent by electronic mail.

/s/ *Kimberly A. Carabotta*
Kimberly A. Carabotta
*Counsel for Defendant*
*Sterling Infosystems, Inc.*